203 U. S.   Cases Disposed of Without Consideration by the Court.

peals for the Second Circuit denied. *Mr. C. Walter Artz* for petitioner. *Mr. Wm. Waldo Hyde* and *Mr. Arthur L. Shipman* for respondent.

———

No. 521. CHARLES THORLEY, PETITIONER, *v.* THE PABST BREWING COMPANY. December 24, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Wm. F. Sheehan* and *Mr. Joseph Fettretch* for petitioner. *Mr. A. S. Gilbert* for respondent.

———

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM OCTOBER 8 TO DECEMBER 24, 1906.

No. 61. ROBERT A. MILLER, AS SPECIAL MASTER, ET AL., PLAINTIFFS IN ERROR, *v.* NORTHERN ASSURANCE COMPANY. In error to the District Court of the United States for the District of Porto Rico. October 9, 1906. Dismissed, per stipulation, on motion of *Mr. Frederic D. McKenney* for the defendant in error. *Mr. Fritz von Briesen* for plaintiffs in error. *Mr. Frederic D. McKenney* and *Mr. F. H. Dexter* for defendant in error.

———

No. 95. AMERICAN RAILROAD COMPANY OF PORTO RICO, PLAINTIFF IN ERROR, *v.* JUAN MATIAS FERNANDEZ. In error to the District Court of the United States for the District of Porto Rico. October 9, 1906. Dismissed with costs, on motion of *Mr. Frederic D. McKenney* for the plaintiff in error. *Mr. Frederic D. McKenney, Mr. J. S. Flannery* and

*Mr. F. H. Dexter* for plaintiff in error.   No appearance for defendant in error.